UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUICK TECHNOLOGIES, INC. and
SAGE SOFTWARE, INC.,

    *Plaintiffs,*

v.

SAGE BUSINESS PRODUCTS, LLC,

    *Defendant.*

JUDGE PATTERSON

Case No.: 07 CV 3425

RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Plaintiffs Quick Technologies, Inc. and Sage Software, Inc. (private non-governmental parties), certifies that the following are corporate parents, subsidiaries and/or affiliates of said party, which are publicly held:

    Sage Group PLC

RECEIVED APR 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

Dated: New York, New York
       April 30, 2007

    Respectfully submitted,

    COZEN O'CONNOR, *a Professional Corporation*

By: _____

Brian A. Bloom (BB 5722)
Scott M. Kessler (SK 5510)
909 Third Avenue, 17th Floor
New York, New York 10022
(212) 509-9400

*Attorneys for Plaintiffs
Quick Technologies, Inc. and Sage Software, Inc.*